UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TSERENDULAM BATSUKH,

            *Plaintiff*,

    v.                            Civil Action No.: 20-2140 (RBW)

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

            *Defendant*.

## DEFENDANT'S COMBINED CONSENT MOTION
## TO TRANSFER VENUE AND FOR EXTENSION OF TIME

Pursuant to 28 U.S.C. § 1404(a), Defendant respectfully requests that the Court transfer this case to the United States District Court for the Central District of California. The Parties have conferred and Plaintiff's counsel stated that Plaintiff consents to this request.

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant also requests that the Court extend its deadline to respond to Plaintiff's Complaint until 21 days after this Court resolves the transfer motion. If granted, Defendant requests that its time to respond to the Complaint be extended until 21 days after the case is placed upon the electronic docket in the recipient court. The Parties have conferred and Plaintiff's counsel stated that Plaintiff also consents to this request.

October 14, 2020                                    Respectfully submitted,

                                                                           MICHAEL R. SHERWIN
                                                    Acting United States Attorney

                                                    DANIEL F. VAN HORN
                                                    D.C. Bar # 924092
                                                    Civil Chief

                                                    By:  /s/ *Brian J. Field*
                                                    BRIAN J. FIELD
                                                    D.C. Bar # 985577
                                                    Assistant United States Attorney
                                                    555 4th Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 252-2551
                                                    brian.field@usdoj.gov

                                                    *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TSERENDULAM BATSUKH,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendant*. | Civil Action No.: 20-2140 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Transfer and for Extension of Time, and the entire record herein, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that this case is transferred to the United States District Court for the Central District of California; and it is

**FURTHER ORDERED** that Defendant's deadline to respond to Plaintiff's Complaint is extended until 21 days after the case is placed on the electronic docket of the recipient court.

**SO ORDERED**.

_____          _____
Date                                                United States District Judge